UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| JOHN ALLEN SENTELL, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | No. 3:20-CV-00484-JRG-DCP |
| STATE OF TENNESSEE, | ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the accompanying memorandum opinion:

1. Respondent's motion to dismiss the petition [Doc. 9] is **GRANTED**;

2. This action is **DISMISSED**;

3. A certificate of appealability will not issue;

4. As Court certified that any appeal in this matter would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*; and

5. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

                                        s/J. RONNIE GREER
                                     UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

    s/ *John L. Medearis*
    District Court Clerk